Filed
9/24/2025 11:54 AM
Beverley McGrew Walker
District Clerk
Fort Bend County, Texas
Hammad Alvi

CAUSE NO. 25-DCV-335236

| | | |
|---|---|---|
| OLUWATOSIN KUJORE<br>*PLAINTIFF*<br><br>VS.<br><br>UBER TECHNOLOGIES INC.<br>*DEFENDANT* | §<br>§<br>§<br>§<br>§<br>§ | IN THE JUDICIAL DISTRICT<br><br>Fort Bend County - 240th Judicial District Court<br>_____DISTRICT COURT<br><br>OF FORT BEND COUNTY, TEXAS |

## ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES OLUWATOSIN KUJORE hereinafter called Plaintiff complaining of and about UBER TECHNOLOGIES INC. hereinafter called Defendant, and for cause of action would show unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2. Plaintiff, OLUWATOSIN KUJORE, is a Texas resident.

3. The last four numbers of OLUWATOSIN KUJORE's Driver License Number are 5125 & the last four numbers of OLUWATOSIN KUJORE'S Social Security number are 1826.

4. Defendant, UBER TECHNOLOGIES INC., is a foreign for-profit corporation doing business in the State of Texas and can be served by serving its registered agent, CT Corporation, located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136

LAW OFFICE OF SOPE LAWSON PLLC
Attorney & Counselor at Law
8303 Southwest Freeway, Suite 725
Houston, Texas 77074
TEL: (281) 501-9665
FAX: (713) 583-5876
Sope.lawson@wapclawyers.net

Kujore…\ Original Petition          08/19/2025          Page | 1 of 13

ROUTED TO COURT  09/24/2025 HA
RT'D TO D. CLERK  9-25-2025 LN

## JURISDICTION AND VENUE

5.  The subject matter in controversy is within the jurisdictional limits of this Court.

6.  Plaintiff seeks:

a.  Monetary relief over $250, 000.00 but not more than $1,000,000.00 including damages of all kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.

7.  Venue in Fort Bend County, Texas is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

8.  The vehicle, a white Toyota Highlander with VIN Number 5 DKK RFH7ES009111 being used at the instant time as a Transportation Network Company vehicle, namely an Uber (hereinafter referred to as the Uber the Plaintiff was in). The said Uber Plaintiff was in was traveling westbound at the 13300 block of W. Belfort Avenue in Houston, Texas in the second lane and came to complete stop due to heavy traffic another vehicle, a red Toyota Scion with VIN Number: 3MYDLBZV8GY103171 was traveling westbound at 13300 block of W. Belfort Avenue in lane 2 behind the Uber vehicle Plaintiff was in. The driver of the red Toyota Scion car failed to control speed causing it to strike the Uber vehicle Plaintiff was in in the rear. The driver of the red Toyota Scion was found to be at fault and cited and the red Toyota Scion was towed away from the scene of the accident. Plaintiff, OLUWATOSIN KUJORE, suffered injuries as a result of this accident and tried to file a claim against the driver of the red Toyota Scion, the party liable for the accident, but alas was

Law Office of Sope Lawson PLLC
Attorney & Counselor at Law
8303 Southwest Freeway, Suite 725
Houston, Texas 77074
Tel: (281) 501-9665
Fax: (713) 583-5876
Sope.lawson@wapclawyers.net

Kujore...\ Original Petition        08/19/2025    Page | 2 of 13

ultimately informed that the red Toyota Scion and/or its driver has no valid insurance/was an uninsured motorist.

9.  As a result of the accident complained of herein, the Plaintiff was caused to suffer serious bodily injuries and excruciating pain and suffering.

## PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST UBER TECHNOLOGIES INC.

10. Defendant, UBER TECHNOLOGIES INC., had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein by providing adequate insurance for its passengers but negligently failed to do so.

11. Plaintiff's injuries were proximately caused because she was in an Uber vehicle from which Defendant, UBER TECHNOLOGIES INC., was getting financial benefit from when the accident occurred.

12. The negligent, careless and reckless disregard of duty of Defendant, UBER TECHNOLOGIES INC. consisted of, but is not limited to, the following acts and omissions- Failure to maintain Uninsured Motorist Coverage, UM Insurance Coverage as mandated by Texas State law. TNC Mandates: State law mandates that Transportation Network Companies (TNCs) provide the required insurance when the driver is logged into the Transportation Network Companies (TNC), TNC's digital network. Uber is a TNC and state law requires that TNCs, like Uber have UM/UIM coverage. The UM/UIM coverage is to protect drivers and passengers when an accident is caused by a driver with insufficient or no insurance.

Law Office of Sope Lawson PLLC
Attorney & Counselor at Law
8303 Southwest Freeway, Suite 725
Houston, Texas 77074
Tel: (281) 501-9665
Fax: (713) 583-5876
Sope.lawson@wapclawyers.net

# PLAINTIFF'S CLAIM OF NEGLIGENCE PER SE AGAINST UBER TECHNOLOGIES INC.

13. As stated, as per Texas law, Uber is required to provide Uninsured/Underinsured Motorist (UM/UIM) coverage in Texas, as Texas law mandates that Transportation Network Companies (TNCs) like Uber have this coverage for their drivers and for passengers. This coverage protects drivers, passengers, and others on the road in the event of an accident with a driver who has no insurance or insufficient insurance, in other words, it is supposed to protect passengers if they are injured in an accident caused by a driver who is uninsured or underinsured (lacks sufficient insurance). When an Uber driver is transporting a passenger, the company is required to provide much higher levels of commercial liability coverage, which also includes UM/UIM coverage.

14. While the Texas Department of Insurance (TDI) sets the baseline requirement for personal auto insurance and doesn't specifically mandate UM/UIM coverage for Uber drivers, state law requires rideshare companies like Uber to provide UM/UIM coverage when a driver is logged into the TNC digital network and has an accident with an uninsured or underinsured driver. Uber's coverage needs to meet or exceed these requirements, but the amounts depend on the specific phase of the rideshare process. In this case, the Uber Plaintiff, OLUWATOSIN KUJORE, was in's driver was logged into the TNC digital network and was involved in an accident caused by an uninsured or underinsured driver. Texas law mandates that TNCs provide minimum coverage with a total aggregate limit of liability of $1 million for death, bodily injury, and property damage for each incident. The law also requires Uninsured or Underinsured Motorist Coverage where required by Section 1952.101 and personal injury protection coverage where required by Section 1952.152,

Law Office of Sope Lawson PLLC
Attorney & Counselor at Law
8303 Southwest Freeway, Suite 725
Houston, Texas 77074
Tel: (281) 501-9665
Fax: (713) 583-5876
Sope.lawson@wapclawyers.net

Kujore...\ Original Petition                 08/19/2025          Page | 4 of 13

providing additional layers of protection for injured passengers.

## PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST UBER TECHNOLOGIES INC.

15. Defendant, UBER TECHNOLOGIES INC., had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein i.e. provide coverage for passengers in case they are involved in an accident with an uninsured driver.

16. Plaintiff's pain and suffering were proximately caused by Defendant, UBER TECHNOLOGIES INC.'s, negligent, careless and reckless disregard of said duty.

17. The negligent, careless and reckless disregard of duty of Defendant, UBER TECHNOLOGIES INC., consisted of, but is not limited to, its failure to maintain a UM/UIM coverage as mandated by state law.

## EXEMPLARY DAMAGES

18. Defendant, UBER TECHNOLOGIES INC., acts or omissions described above, when viewed from the standpoint of Defendant, UBER TECHNOLOGIES INC., at the time of the act or omission, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others. Defendant, UBER TECHNOLOGIES INC., had actual, subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others.

19. Based on the facts stated herein, Plaintiff requests exemplary damages be awarded to Plaintiff from Defendant, UBER TECHNOLOGIES INC.

LAW OFFICE OF SOPE LAWSON PLLC
Attorney & Counselor at Law
8303 Southwest Freeway, Suite 725
Houston, Texas 77074
TEL: (281) 501-9665
FAX: (713) 583-5876
Sope.lawson@wapclawyers.net

Kujore...\ Original Petition    08/19/2025    Page | 5 of 13

20. Defendant, UBER TECHNOLOGIES INC. acts or omissions described above, when viewed from the standpoint of Defendant, UBER TECHNOLOGIES INC., at the time of the act or omission, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others i.e. the likelihood of uninsured or underinsured drivers on the roadway. Defendant, UBER TECHNOLOGIES INC., had actual, subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others.

21. Based on the facts stated herein, Plaintiff requests exemplary damages be awarded to Plaintiff from Defendant, UBER TECHNOLOGIES INC.

## B. EQUITABLE SUBROGATION

22. At all times material hereto, Defendant, UBER TECHNOLOGIES INC. was the controlling party and Defendant, UBER TECHNOLOGIES INC., was acting in the course and scope of an agent by contract for Defendant, UBER TECHNOLOGIES INC. under its brand and providing its services in route to pick up transportation network company assigned passengers and/or during an actual service trip. UBER TECHNOLOGIES INC. is also required to provide liability coverage by statute. As such, UBER TECHNOLOGIES INC. is liable for the aforementioned negligence and negligence per se.

23. Defendant, UBER TECHNOLOGIES INC., was independently negligent by negligently failing to maintain insurance coverage as prescribed by law.

Law Office of Sope Lawson PLLC
Attorney & Counselor at Law
8303 Southwest Freeway, Suite 725
Houston, Texas 77074
Tel: (281) 501-9665
Fax: (713) 583-5876
Sope.lawson@wapclawyers.net

Kujore...\ Original Petition    08/19/2025    Page | 6 of 13

## *NEGLIGENT UNDERTAKING*

24. Under the facts and circumstances plead above, Defendant, UBER TECHNOLOGIES INC., knew, or through the exercise of reasonable care, should have known that by providing a service pursuant to its brand and enterprise of a driver and transportation network company proprietary platform, it created a duty to maintain a continued state of Plaintiff's safety from risk of harm caused by the inherent driver's negligence when passengers are within its 'space'. Defendant, UBER TECHNOLOGIES INC., is part of a public transportation service and is engaged in the business of transporting individuals and performing various transportation services; Defendant, UBER TECHNOLOGIES INC., maintains a permit and must pay a fee to the Texas Department of Licensing and Regulation for this privilege. Pursuant to the Texas Occupations Code, Defendant, UBER TECHNOLOGIES INC., must maintain transportation network company insurance for liability of the drivers during a logged-in transportation service to maintain the privilege.

25. Defendant, UBER TECHNOLOGIES INC., is not a mere bystander; it controls the means and methods of connecting drivers with riders and/or transportation services. It selects only the people it deems to have particular skills or assets. Defendant, UBER TECHNOLOGIES INC., maintains a significant level of control over driver and customer transactions. Defendant, UBER TECHNOLOGIES INC., also maintains the ability to control and facilitate who may request transportation services, the method of request, the dispatching of drivers, who may serve as drivers, and what types of vehicles may be used to provide the transportation services. Additionally, Defendant, UBER TECHNOLOGIES INC., control customer billing and payment for drivers.

LAW OFFICE OF SOPE LAWSON PLLC
Attorney & Counselor at Law
8303 Southwest Freeway, Suite 725
Houston, Texas 77074
TEL: (281) 501-9665
FAX: (713) 583-5876
Sope.lawson@wapclawyers.net

Kujore…\ Original Petition    08/19/2025    Page | 7 of 13

Defendant, UBER TECHNOLOGIES INC., maintains a seamless transportation service controlled by its technology functions when considering the full scope of the expectations for this transportation enterprise. Defendant, UBER TECHNOLOGIES INC., is not merely an information connection services. The above acts and/or omissions were singularly and cumulatively the proximate cause of the occurrence in question and the resulting pain & suffering and damages suffered by Plaintiff.

## ADDITIONAL CAUSE OF ACTION AGAINST DEFENDANTS, UBER TECHNOLOGIES INC. AND UBER TECHNOLOGIES INC.

### A. *GROSS NEGLIGENCE*

26. The actions of Defendant, UBER TECHNOLOGIES INC., by directing and mandating by policy or by operation, and having the UBER driver accept the directives that being consumer transportation services engaged by electronic based visual platform entails, while at all times during the operation, UBER TECHNOLOGIES INC. being willfully integrated as part of the motor vehicle operation in a high-traffic area without adequate insurance protection or coverage for its drivers and passengers is a negligent breach of the standard of care. By its inherent nature, UBER TECHNOLOGIES INC. knew or should have known, this enterprise of transportation services involved an extreme degree of risk when considering the probability and magnitude of harm that might be caused to others, and failure to provide or ensure provision of adequate insurance protection or coverage for its drivers and passengers was gross negligence.

Law Office of Sope Lawson PLLC
Attorney & Counselor at Law
8303 Southwest Freeway, Suite 725
Houston, Texas 77074
Tel: (281) 501-9665
Fax: (713) 583-5876
Sope.lawson@wapclawyers.net

Kujore...\ Original Petition        08/19/2025    Page | 8 of 13

## *JOINT ENTERPRISE*

27.     Defendant, UBER TECHNOLOGIES INC., and its drivers operate by agreement, both express and implied, among each party, utilizing service equipment and network platform jointly, commingling obligations for the operation of a digital transportation network platform for a common purpose of public transportation services. They each economically benefit from each transportation transaction by this enterprise and all benefitted from a community of pecuniary interest in that purpose. The economic benefit was joint by a splitting of the fee. Each party being their own part of the equipment and network to jointly meet the demand and requirements for passenger summons and transport, and customer requests. The relationship was dependent to the extent one could not operate without the other. Each party had the right to control the culpable acts as alleged in this petition. As a result, UBER TECHNOLOGIES INC. and its drivers engage in a joint enterprise, therefore the negligence of one party should be imputed to the other, jointly and severally.

## DAMAGES OF OLUWATOSIN KUJORE

28.     As a direct and proximate result of the collision, Plaintiff, OLUWATOSIN KUJORE, suffered bodily injuries as reflected in the medical records from the health care providers that have treated the injuries since the collision. The injuries **were substantial and some may** be **permanent in nature**. The injuries have had an effect on Plaintiff's health and well-being. As a further result of the nature and consequences of his injuries, Plaintiff has suffered and may continue to suffer into the future, physical pain and mental anguish.

LAW OFFICE OF SOPE LAWSON PLLC
Attorney & Counselor at Law
8303 Southwest Freeway, Suite 725
Houston, Texas 77074
TEL: (281) 501-9665
FAX: (713) 583-5876
Sope.lawson@wapclawyers.net

Kujore...\ Original Petition       08/19/2025       Page | 9 of 13

29. As a further result of all of the above, Plaintiff has incurred expenses for his medical care and attention in the past and may incur medical expenses in the future to treat his injuries.

30. By reason of all of the above, Plaintiff, OLUWATOSIN KUJORE, has suffered losses and damages in a sum within the jurisdictional limits of this Court for which she now sues unfortunately however, because of the negligent conduct of the Defendant, UBER TECHNOLOGIES INC., to provide adequate insurance coverage, Plaintiff, OLUWATOSIN KUJORE, has incurred a substantial amount of medical bills which are yet to be paid.

31. Plaintiff asserts that the amount of any monetary damages awarded to Plaintiff should be decided by a jury of Plaintiff's peers. However, RULE 47 of the TEXAS RULES OF CIVIL PROCEDURE requires Plaintiff to affirmatively plead the amount of damages sought. Pursuant to RULE 47 of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiff seeks monetary relief ONE MILLION AND 01100 DOLLARS ($1,000,000.00) and a demand for judgment for all the other relief to which Plaintiff has justly entitled at the time of filing this suit, which, with the passage of time, may change.

## INTEREST

32. Plaintiff further request both pre-judgment and post-judgment interest on all damages as allowed by law.

## DEMAND FOR JURY TRIAL

33. Plaintiff demands a trial by jury. Plaintiff will make payment of the required jury fee.

Law Office of Sope Lawson PLLC
Attorney & Counselor at Law
8303 Southwest Freeway, Suite 725
Houston, Texas 77074
Tel: (281) 501-9665
Fax: (713) 583-5876
Sope.lawson@wapclawyers.net

Kujore...\ Original Petition       08/19/2025    Page | 10 of 13

## NOTICE OF SELF-AUTHENTICATION

34. Pursuant to RULE 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant is hereby noticed that the production of any document in response to written discovery authenticates the document for use against that party in any pretrial proceeding or at trial.

## DAMAGES FOR PLAINTIFF, OLUWATOSIN KUJORE RESTATED

35. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, OLUWATOSIN KUJORE, was caused to suffer severe injuries, to parts of the body including the wrist, the pelvis, the back, neck and ribs, and legs and shoulders and to incur the following damages:

    A.    Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, OLUWATOSIN KUJORE, for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Fort Bend County, Texas;

    B.    Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

    C.    Physical pain and suffering in the past;

    D.    Physical pain and suffering in the future;

    E.    Physical impairment in the past;

    F.    Physical impairment which, in all reasonable probability, will be suffered in future;

    G.    Loss of earnings in the past;

    H.    Loss of earning capacity which will, in all probability, be incurred in the future;

LAW OFFICE OF SOPE LAWSON PLLC
Attorney & Counselor at Law
8303 Southwest Freeway, Suite 725
Houston, Texas 77074
TEL: (281) 501-9665
FAX: (713) 583-5876
Sope.lawson@wapclawyers.net

Kujore...\ Original Petition     08/19/2025     Page | 11 of 13

I. Loss of Consortium in the past, including damages to the family relationship, loss of care, comfort, solace, companionship, protection, services, and/or physical relations;

J. Mental anguish in the past and

K. Mental anguish in the future

L. Physical disfigurement in the future;

M. Pre-judgment interest;

N. Post-judgment interest; and

O. Exemplary damage

Failure of Defendant, UBER TECHNOLOGIES INC., to provide adequate insurance coverage made it impossible for medical bills incurred by Plaintiff as a result of the accident to be paid and/or for Plaintiff to be adequately compensated for pain and suffering and non-economic damages suffered.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, OLUWATOSIN KUJORE, respectfully prays that the Defendant, UBER TECHNOLOGIES INC., be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant, UBER TECHNOLOGIES INC., for damages in an amount within the jurisdictional limits of the Court; exemplary damages, as per Section 41.006, Chapter 41, Texas Civil Practice and Remedies Code, excluding interest, and as allowed by Sec. 41.008, Chapter 41, Texas Civil Practice and Remedies Code, together with pre-judgment interest (from the date of injury

LAW OFFICE OF SOPE LAWSON PLLC
Attorney & Counselor at Law
8303 Southwest Freeway, Suite 725
Houston, Texas 77074
TEL: (281) 501-9665
FAX: (713) 583-5876
Sope.lawson@wapclawyers.net

Kujore...\ Original Petition          08/19/2025          Page | 12 of 13

through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, attorney fees and costs of court; and such other and further relief.

                      Respectfully submitted,

**LAW OFFICE OF SOPE LAWSON**
8303 Southwest Freeway, Suite 725
Houston, Texas 77074-1616
Email: sope.lawson@wapclawyers.net
TEL: (281) 804 4032
FAX: (713)583-5876
By:*/s/Sope Lawson*
Sope Lawson, Esq.
State Bar No. 24083366
Sope.lawson@wapclawyers.net
**ATTORNEY FOR PLAINTIFF**

LAW OFFICE OF SOPE LAWSON PLLC
Attorney & Counselor at Law
8303 Southwest Freeway, Suite 725
Houston, Texas 77074
TEL: (281) 501-9665
FAX: (713) 583-5876
Sope.lawson@wapclawyers.net

*Kujore…\* Original Petition     08/19/2025     Page | 13 of 13